DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAROUS LEE MCDUFFIE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2904

[October 20, 2022]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Jeffrey Walton Hendriks, Judge; L.T. Case No. 56-2020-MM-001959A.

Carey Haughwout, Public Defender, and Logan T. Mohs, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***